E-FILED
Wednesday, 19 July, 2006  02:23:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRANDON S. MENDENHALL, | ) | |
| | ) | 05-2018 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE BARNHART, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

### ORDER APPROVING MAGISTRATE RECOMMENDATION

A recommendation was filed by the Magistrate Judge in the above cause on June 28, 2006. More than ten working days have elapsed since service of a copy of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The plaintiff's motion for summary judgment [#9] is granted. The defendant's motion for an order which affirms the Commissioner's decision [#12] is denied. This case is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g), sentence four, for further proceedings consistent with the recommendation of the Magistrate Judge. Remand pursuant to 42 U.S.C. § 405(g), sentence four, terminates the case. *Shalala v. Schaefer*, 509 U.S. 292, 299 (1993).

ENTERED this 19th day of July, 2006.

**s/Harold A. Baker**

_____

HAROLD A. BAKER
U.S. DISTRICT JUDGE